# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00183 |
| | ) | Judge Trauger |
| | ) | |
| CURTIS SMITH | ) | |

## O R D E R

It is hereby **ORDERED** that the conclusion of the sentencing of this defendant will take place on Monday, April 15, 2013, at 11:00 a.m.

It is so **ORDERED.**

Enter this 1st day of April 2013.

_____
ALETA A. TRAUGER
United States District Judge